# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

145624

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

ORCO INVESTMENTS, INC.,
          Plaintiff-Appellant,

v

SC: 145624
COA: 303744
Wayne CC: 09-018235-CK

CITY OF ROMULUS, ROMULUS
PLANNING COMMISSION, and
ROMULUS CITY COUNCIL,
          Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the June 26, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

h0122